EXHIBIT A



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**New Case Electronically Filed: COMPLAINT**
October 11, 2022 14:31

By: MARK J. OBRAL 0006019

Confirmation Nbr. 2673781

ALONZO ANDERSON                                       CV 22 969845

  vs.
                                                      **Judge:** CASSANDRA COLLIER-WILLIAMS
KRCH REALTY, LLC, ET AL.

**Pages Filed:** 4

**EXHIBIT A**

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| **ALONZO ANDERSON** <br> 13717 Benwood Avenue, APT. 2N <br> Cleveland, OH 44105 <br><br> Plaintiff, <br><br> vs. <br><br> **KRCH REALTY, LLC** <br> c/o Donald P. Collins <br> Statutory Agent <br> 20116 Chagrin Boulevard <br> Shaker Heights, OH 44122 <br><br> and <br><br> **HOME PARTNERS LLC** <br> c/o Donald P. Collins <br> Statutory Agent <br> 20116 Chagrin Boulevard <br> Shaker Heights, OH 44122 <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CASE NO: <br><br> JUDGE: _____ <br><br><br> **COMPLAINT** |

Now comes the Plaintiff, by and through counsel, and for his Complaint states as follows:

1. At all times relevant hereto, Plaintiff was a resident of Cuyahoga County, Ohio.

2. Defendants KRCH Realty, LLC. and/or Home Partners, LLC, are in the business of renting/leasing properties, homes and /or apartments that they own within Cuyahoga County.

3. Defendant Defendants KRCH Realty, LLC. and/or Home Partners, LLC, derive income from these rental properties, and also utilize the laws and regulations of Section VIII housing, and get paid by the government under Section VIII to

EXHIBIT A

provide these dwellings to the public.

4. All of the events complained of occurred within Cuyahoga County, State of Ohio.

## COUNT I: CLAIMS AGAINST KRCH REALTY, LCC AND/OR HOME PARTNERS, LLC.

5. Plaintiff restates the allegations contained in paragraphs 1 through 4 of this Complaint as if fully rewritten herein.

6. The Defendants KRCH Realty, LLC. and/or Home Partners, LLC, own and/or manage the property located at or near 13717 Benwood Avenue, Cleveland, OH 44105.

7. The Defendants KRCH Realty, LLC. and/or Home Partners, LLC, as the owners, and/or tenants and/or landlords of such premises have the duty to maintain the premises in a reasonably safe condition so that their tenants and/or guests of the tenant are not injured on the property.

8. While exiting the property located at or near 13717 Benwood Avenue, Cleveland, OH 44105 the tenant, Plaintiff Alonzo Anderson, lawfully on the premises, was seriously injured when the steps collapsed causing him to fall and sustain injury.

9. Plaintiff further states that the Defendants had actual and/or constructive notice of the defective and/or dangerous steps that were in need of repair, and that they all knew or should have known that a dangerous condition existed.

10. The Defendants, KRCH Realty, LLC. and/or Home Partners, LLC. were negligent insofar as they failed to maintain the premises in a safe and reasonable condition and/or failed to warn or correct a dangerous condition that they knew, or should have known, existed on the property.

11. As a direct and proximate result of the Defendants' negligence, Plaintiff Alonzo Anderson has suffered and may continue to suffer personal injury, pain, emotional distress and other attendant economic and non-economic damages, lost wages and

**EXHIBIT A**

certain damages of which may be permanent in nature.

12. The Defendants failed to warn the Plaintiff of the dangerous condition of the steps in question and were negligent in their failure to warn him.

13. The Plaintiff further states that his injuries sustained contain a permanent and substantial physical deformity, for which damages are not capped pursuant to R.C. 2315.18.

## COUNT II: NEGLIGENCE PER SE:

14. Plaintiff restates the allegations contained in paragraphs 1 through 13 of this Complaint as if fully rewritten herein.

15. Plaintiff states that the Defendants KRCH Realty, LLC. and/or Home Partners, LLC. had a duty to maintain and repair the steps/stairs throughout the property at 13717 Benwood Avenue, Cleveland, OH 44105 pursuant to The City of Cleveland and Cuyahoga County Building Codes, and the Ohio Building Code 4101:8-301.5 Live Load-Minimum Uniformly Distributed Live Loads.

16. Plaintiff states that the Defendants KRCH Realty, LLC. and/or Home Partners, LLC. violated O.R.C. 5321.04(A)(1) which mandates that a landlord is to "comply with the requirements of all applicable building, housing, health, and safety codes that materially affect health and safety.

17. Pursuant to the Ohio Supreme Court in *Sikora v. Wenzel* (2000), 88 Ohio St.3d 493, 2000 *Ohio 406*, 727 N.E.2d 1277 Defendants KRCH Realty, LLC. and/or Home Partners, LLC's violations of local and/or state housing codes is a violation of a landlord's duties under R.C. 5321.04(A)(1) which constitutes negligence per se.

18. Defendants KRCH Realty, LLC. and/or Home Partners, LLC have also violated statutes and codes required by a landlord renting properties under Section VIII.

**EXHIBIT A**

19. As a direct and proximate result of the Defendant's negligence per se, Plaintiff Alonzo Anderson sustained injuries to his person, experienced pain, suffering, disability and incurred medical expenses for his care and attention.

20. Plaintiff avers that his injuries are permanent, and a substantial physical deformity.

21. The violation of said Ohio Building Codes, Cuyahoga County and City Building Codes, and the Ohio Revised Code, were the direct and proximate cause of the injuries to the Plaintiff.

WHEREFORE, Plaintiff Alonzo Anderson prays for judgment against the Defendants KRCH Realty, LLC. and/or Home Partners, LLC jointly and severally, in an amount in excess of **TWENTY-FIVE THOUSAND DOLLARS  (>$25,000)** in compensatory damages, together with interest, costs, reasonable attorney fees and any such legal and equitable relief deemed just and appropriate.

Respectfully Submitted,

/s/: Mark J. Obral
**MARK J. OBRAL (0006019)**
**ATTORNEY FOR PLAINTIFF**
**OBRAL, SILK & PAL, LLC**
55 Public Square, #1700
Cleveland, Ohio 44113
**(216) LAWYERS (529-9377)**
(216) 696-3228 - Facsimile
MObral@216lawyers.com